# IN THE SUPREME COURT OF THE STATE OF DELAWARE

KENNETH M. FLOWERS as
Administrator of the Estate of
CHRISTINE FLOWERS, Deceased;
KENNETH M. FLOWERS,
individually, KAREN FLOWERS,
LAWRENCE FLOWERS, and
ANTHONY MIMMS, individually,

     Plaintiffs Below,
     Appellants,

v.

CHRISTIANA CARE HEALTH
SYSTEM, IPC HEALTHCARE,
INC. f/k/a IPC – THE
HOSPTIALIST COMPANY, and
ANURADHA AMARA, M.D.,

     Defendants Below,
     Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 223, 2019

Court Below: Superior Court
of the State of Delaware

C.A. No.   N15C-06-281

Submitted: November 20, 2019
Decided: December 2, 2019

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 2nd day of December 2019, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated April 3, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
 Justice